**KENDELEE L. WORKS, ESQ. (#9611)**
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:      (866) 412-6992
*Attorney for Defendant Ernest Rogers*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-00124-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO ALLOW DEFENDANT EARNEST ROGERS TO TRAVEL OUT OF STATE** |
| EARNEST ROGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Robert Knief, United States Attorney, ERNEST ROGERS, by and through his attorney, Kendelee Leascher Works, Esq., that Defendant EARNEST ROGERS be permitted to travel outside the State of Nevada to visit his ill mother, under the following conditions:

1.    Mr. Rogers shall be permitted to leave the State of Nevada on the date this Court executes the instant stipulation to travel to Perris, California, where he will visit his mother, Jeannette Young, who recently fell ill due to a cardiac arrest and/or other cardiac related conditions.

2.   Mr. Wright will return to Las Vegas, Nevada within 7 days of his departure from Las Vegas, but regardless of such departure date, no later than February 2, 2018.

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

3.   Mr. Wright will contact Pre-Trial Services and/or his supervising officer on the date of his departure from Las Vegas and again on the date of his return to Las Vegas, in addition to any other communications otherwise required under the conditions of his pre-trial release.

DATED this 24th day of January, 2018.

U.S. ATTORNEY'S OFFICE

/s/ Robert Knief
ROBERT KNIEF, ESQ.
501 Las Vegas Blvd., South
Suite 100
Las Vegas, NV 89101
Robert.Knief@usdoj.gov
Attorney for the UNITED STATES

CHRISTIANSEN LAW

/s/     Kendelee Leascher Works
KENDELEE LEASCHER WORKS, ESQ.
810 S. Casino Center Blvd., Ste 104
Las Vegas, NV 89101
kworks@christiansenlaw.com
Attorney for EARNEST ROGERS

IT IS SO ORDERED

DATED this 29th day of January, 2018.

UNITED STATES MAGISTRATE JUDGE