1  **KENDELEE L. WORKS, ESQ. (#9611)**
   kworks@christiansenlaw.com
2  **CHRISTIANSEN LAW OFFICES**
   810 S. Casino Center Blvd., Suite 104
3  Las Vegas, Nevada 89101
4  Telephone:    (702) 240-7979
   Facsimile:    (866) 412-6992
5  *Attorney for Defendant Ernest Rogers*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:17-cr-00124-JAD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE DEFENDANT EARNEST ROGERS' SENTENCING DATE (SECOND REQUEST)** |
| EARNEST ROGERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Robert Knief, Assistant United States Attorney, and ERNEST ROGERS, by and through his attorney, Kendelee Leascher Works, Esq., that the Sentencing Date for EARNEST ROGERS, which is currently scheduled for July 22, 2019, be continued to a date and time convenient for this Court after August 16, 2019.

This is the Second request for a continuance of Mr. Rogers' sentencing date and is entered into for the following reasons:

1. Counsel for Mr. Rogers requires more time to effectively prepare for Mr. Rogers' Sentencing Hearing and arguments.

2. Counsel for Mr. Rogers presently has a travel conflict with the current sentencing date.

3. Mr. Rogers is out of custody and does not object to this continuance.

4. The parties agree to the continuance.

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

5. The additional time requested herein is not sought for purposes of delay.

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED this 18th day of July, 2019.

U.S. ATTORNEY'S OFFICE

/s/ Robert Knief
ROBERT KNIEF, ESQ.
501 Las Vegas Blvd., South
Suite 100
Las Vegas, NV 89101
Robert.Knief@usdoj.gov
Attorney for the UNITED STATES


CHRISTIANSEN LAW

/s/ Kendelee Leascher Works
KENDELEE LEASCHER WORKS, ESQ.
810 S. Casino Center Blvd., Ste 104
Las Vegas, NV 89101
kworks@christiansenlaw.com
Attorney for EARNEST ROGERS


IT IS ORDERED that the sentencing and disposition currently set for July 22, 2019 is vacated and continued to August 21, 2019 at the hour of 2:00 p.m.


DATED: 7/19/2019                                    UNITED STATES JUDGE