**KENDELEE L. WORKS, ESQ. (#9611)**
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:     (866) 412-6992
*Attorney for Defendant Ernest Rogers*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EARNEST ROGERS,<br><br>Defendant. | Case No: 2:17-cr-00124-JAD-GWF<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT EARNEST ROGERS' SENTENCING DATE (THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Robert Knief, Assistant United States Attorney, and ERNEST ROGERS, by and through his attorney, Kendelee Leascher Works, Esq., that the Sentencing Date for EARNEST ROGERS, which is currently scheduled for August 21, 2019, be continued to a date and time convenient for this Court after September 20, 2019.

This is the Third request for a continuance of Mr. Rogers' sentencing date and is entered into for the following reasons:

1. Counsel for Mr. Rogers requires more time to effectively prepare for Mr. Rogers' Sentencing Hearing and arguments.

2. Mr. Rogers is out of custody and does not object to this continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED this 16th day of August, 2019.

U.S. ATTORNEY'S OFFICE

/s/ Robert Knief
ROBERT KNIEF, ESQ.
501 Las Vegas Blvd., South
Suite 100
Las Vegas, NV 89101
Robert.Knief@usdoj.gov
Attorney for the UNITED STATES

CHRISTIANSEN LAW

/s/ Kendelee Leascher Works
KENDELEE LEASCHER WORKS, ESQ.
810 S. Casino Center Blvd., Ste 104
Las Vegas, NV 89101
kworks@christiansenlaw.com
Attorney for EARNEST ROGERS

IT IS ORDERED that the sentencing and disposition currently set for August 21, 2019 is vacated and continued to September 30, 2019, at the hour of 10:15 a.m.

DATED this 16th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE