NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
ROBERT A. KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Robert.Knief@usdoj.gov
*Counsel for Plaintiff United States*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNEST ROGERS,<br><br>Defendant. | Case No.: 2:17-cr-0124-JAD-EJY<br><br>STIPULATION TO RESET DEADLINE<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Kendelee Works, counsel for defendant Ernest Rogers, that the deadline for the filing of the government's response to the defendant's sentencing memorandum (ECF #390), be reset for September 27, 2019.

This stipulation is entered into for the following reasons:

1. At the time defendant filed the memorandum, counsel for the government was in trial in the Reno office. Counsel for the government needs the additional time to properly prepare a response.

2. Defendant is in custody and does not object to the continuance.

1

3. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadline.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for a continuance filed herein.

DATED this 25th day of September, 2019.

                                          NICHOLAS A. TRUTANICH
                                          United States Attorney

*/s/ Kendelee Works*                                */s/ Robert Knief*
KENDELEE WORKS                            ROBERT KNIEF
Counsel for Defendant                         Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ERNEST ROGERS,

    Defendant.

Case No.: 2:17-cr-0124-JAD-EJY

ORDER ON STIPULATION TO RESET DEADLINE
(First Request)

## FINDINGS OF FACT

Based upon the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. At the time defendant filed the memorandum, counsel for the government was in trial in the Reno office. Counsel for the government needs the additional time to properly prepare a response.

2. The defendant is in custody and does not object to the continuance.

3. For the reasons stated above, the ends of justice would best be served by a continuance of the government deadlines.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

. . .

. . .

. . .

. . .

. . .

. . .

# ORDER

It is therefore ORDERED that the Government's reply regarding defendant's Sentencing Memorandum (ECF #390), is due by noon on the 27th day of September, 2019.

DATED this 25th day of September, 2019.

_____
HONORABLE JENNIFER A DORSEY
UNITED STATES DISTRICT JUDGE